938

No. 731. RED BALL MOTOR FREIGHT, INC. ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Northern District of Texas. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *United States* v. *Detroit & Cleveland Navigation Co.,* 326 U. S. 236; *Interstate Commerce Commission* v. *Parker,* 326 U. S. 60. *Reagan Sayers* and *R. E. Kidwell* for appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for the United States and the Interstate Commerce Commission; and *Carl L. Phinney* for the Herrin Transportation Co., appellees. 

No. 707. PALMER *v.* ASHE, WARDEN. It is ordered that Louis B. Schwartz, Esquire, of Philadelphia, Pa., a member of the Bar of this Court, be appointed to serve as counsel for the petitioner in this case.

No. 331. GALLAGHER ET AL. *v.* MICHIGAN. Petition for writ of certiorari to the Supreme Court of Michigan dismissed per stipulation of counsel. *Paul B. Mayrand* for petitioners. *Stephen J. Roth,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent. 

No. 520, Misc. SNAP-ON DRAWER Co. *v.* DRUFFEL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Frank Zugelter, Gerald B. Tjoflat* and *Donald A. Gardiner* for petitioner. *Harry C. Alberts* for respondent.